UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| In Re ) | |
| Request for International Judicial Assistance ) | |
| from the National Court of First Instance in ) | Case No. 3:12-cv-0662-RCJ-VPC |
| Labor Matters No. 37 of Buenos Aires, Argentina ) | |
| ) | MINUTE ORDER |
| ) | Date: September 4, 2013 |

**PRESENT:**
**THE HONORABLE ROBERT C. JONES, CHIEF UNITED STATES DISTRICT JUDGE**

**Deputy Clerk: none appearing**        **Reporter:  none appearing**

On September 4, 2013 the Court held a hearing regarding Government's Petition for Order Pursuant to 28 U..S.C. § 1782 (ECF No. 1).

The Court having considered the argument made by Government counsel at the time of the hearing,

IT IS HEREBY ORDERED that Government's Petition for Order Pursuant to 28 U..S.C. § 1782 (ECF No. 1) is DENIED WITHOUT PREJUDICE.

Dated this 16th day of September, 2013.

_____
ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE